JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Flying Eagle Furniture Design, Inc., | ) ) ) | SACV 21-01712-JVS (DFMx) |
| Plaintiff. | ) ) ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) ) | |
| Best Choice Products, Inc., | ) ) | |
| Defendant. | ) ) ) | |

     The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

     IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: December 7, 2022

                             James V. Selna

                 United States District Judge